# Court of Appeals
# of the State of Georgia

ATLANTA, May 29, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2010. KIRBY BERRIOS v. CROWN ASSET MANAGEMENT, LLC, ASSIGNEE OF COMENITY BANK.**

Crown Asset Management, LLC sued Kirby Berrios for breach of contract for a defaulted credit card account. The trial court granted Crown Asset Management's motion for summary judgment and entered judgment in favor of it in the amount of $6,451.01, along with costs of $268.00. Berrios then filed a notice of appeal. We, however, lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(6), (b); *Pathfinder Payment Solutions v. Global Payments Direct*, 344 Ga. App. 490, 490–91 (810 SE2d 653) (2018). "Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $ 10,000 or less, an application for discretionary appeal is required." *Thompson v. Salacoa Highland Prop. Owners' Ass'n*, 295 Ga. App. 478, 480 (672 SE2d 448) (2009) (quotation marks omitted). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Berrios's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __05/29/2026__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*